# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Frederick Lamont Blue,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-33

Belk, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2011 Order.

                                            Signed: April 25, 2011

                                            Frank G. Johns, Clerk
                                            United States District Court